# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**413**
**CA 13-01763**
PRESENT: SMITH, J.P., FAHEY, PERADOTTO, SCONIERS, AND VALENTINO, JJ.

---

MARITZA RACHLIN AND DENNIS R. RACHLIN,
PLAINTIFFS,

V                                                                    ORDER

MICHAELS STORES, INC., ET AL., DEFENDANTS.
------------------------------------------
MICHAELS STORES, INC. AND MICHAELS ARTS &
CRAFTS, THIRD-PARTY PLAINTIFFS-RESPONDENTS,

V

BOULEVARD MALL EXPANSION, LLC, THIRD-PARTY
DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

GOLDBERG SEGALLA LLP, BUFFALO (MICHAEL GLASCOTT OF COUNSEL), FOR
THIRD-PARTY DEFENDANT-APPELLANT.

DAMON MOREY LLP, BUFFALO (MICHAEL J. WILLETT OF COUNSEL), FOR
THIRD-PARTY PLAINTIFFS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered August 13, 2013. The order denied the motion of Boulevard Mall Expansion, LLC, for leave to amend the third-party answer.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: June 20, 2014                                    Frances E. Cafarell
                                                          Clerk of the Court